```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:            1
DATE FILED: 1/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THIS MATTER RELATES TO:

Miscellaneous Application to

File a Civil Case Under Seal

---

21-mc-13

M10-468

STANDING ORDER

 

WHEREAS the court's Electronic Case Filing (ECF) system having been modified to permit the electronic filing of a miscellaneous case for the purpose of filing a motion to file a new civil action under seal in accordance with Federal Rule of Civil Procedure 5.2(d), it is hereby

ORDERED, effective January 18, 2021, a motion to file a new civil action under seal (the "application") must be electronically filed in a new miscellaneous case in accordance with the procedures found in the court's ECF Rules & Instructions, section 6, Sealed Filings.

The application shall include a Motion to File a Civil Case Under Seal, supporting papers (with a copy of the proposed sealed complaint attached), and a proposed order. Documents filed in the miscellaneous case may be filed under seal without the necessity of filing a motion to seal, notwithstanding the court's prior Standing Order (19-mc-583).  No filing fee shall be due for the application in the miscellaneous case.

If the motion is granted, the filing party shall then file the civil case under seal in the traditional manner, in paper form.  A copy of the court's sealing order must be included. Unless ordered unsealed by the court, the application will remain under seal, regardless of the Court's decision on the motion.

Alternatively, a party seeking to file some, but not all, documents under seal shall refer

to the court's ECF Rules & Instructions, section 6, for information regarding the sealed filing of individual documents in a publicly filed case.

    Pro se parties are exempt from the requirement to file electronically through the ECF system.

SO ORDERED.

Dated:   January 14, 2021
          New York, NY

_____
      COLLEEN McMAHON
      Chief United States District Judge